THE STATE *v.* LACKEY.

Nov. Term,
1850.

SHELLENBAR-
GER
v.
NORRIS.

Tuesday,
November 26.

The act of 1849, giving exclusive jurisdiction to justices in certain cases, contained no clause saving pending suits, and the Circuit Courts, after the passage of that act, had no jurisdiction of such causes.

ERROR to the *Hamilton* Circuit Court.

BLACKFORD, J.—Indictment for lewdness.

This indictment was found in the *Hamilton* Circuit Court, at the *September* term, 1848. It was quashed at the *September* term, 1849, on the ground that the Court had no jurisdiction of the cause.

At the time this indictment was found, the *Hamilton* Circuit Court had jurisdiction of the suit. R. S. 1843, p. 977, s. 81.

In *January,* 1849, an act passed giving to justices of the peace exclusive jurisdiction, in *Hamilton* county, over offences like the present one. That act took effect from its passage. Acts of 1849, p. 78.

There being no clause in the act of 1849 for the saving of pending suits, the Circuit Court, after the passage of that act, had no jurisdiction of the indictment. Any subsequent proceedings in the case would have been *coram non judice* and void. The indictment, therefore, was correctly quashed, at the *September* term, 1849, for want of jurisdiction. *Taylor* v. *The State,* 7 Blackf. 93.

*Per Curiam.*—The judgment is affirmed.

*G. H. Voss* and *J. L. Ketcham,* for the state.

*A. A. Hammond* and *E. Lander,* for the defendant.